**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6853**

MARCUS GANZIE,

                    Plaintiff - Appellant,

          v.

WARDEN PONTON; INVESTIGATOR MOICJEK; COUNSELOR JACKSON;
GRIEVANCE COORDINATOR N. MATHEWS; E.B.P. MANAGER M. DAVIS,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief
District Judge.  (2:14-cv-00350-RBS-DEM)

Submitted:  October 15, 2015          Decided:  October 19, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marcus Ganzie, Appellant Pro Se.  Margaret Hoehl O'Shea, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Ganzie appeals the district court's judgment granting the Defendants' motion to dismiss and dismissing his civil rights complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ganzie v. Warden Ponton, No. 2:14-cv-00350-RBS-DEM (E.D. Va., May 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED